UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| OKERA ULIMENGU, *aka Okera Ulimwengu*, | ) ) ) ) Civil No. 5: 21-215-WOB |
| Petitioner, | ) ) |
| V. | ) ) **JUDGMENT** |
| WARDEN DAVID PAUL, | ) ) |
| Respondent. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Petitioner's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 [R. 1] is **DENIED**;

2. Judgment is **ENTERED** in favor of the Respondent with respect to the claims asserted in this proceeding;

3. This action is **DISMISSED** and **STRICKEN** from the Court's docket; and

4. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 13th day of March, 2023.



Signed By:
*William O. Bertelsman* WOB
United States District Judge